Opinion
issued March 31, 2011

 

 



 

 

In The

Court of Appeals

For The

First District of Texas

 



 

NO. 01B09B00491BCV

 



 

GAIL STEWART, Appellant

 

V.

 

HOUSTON HOUSING AUTHORITY,
Appellee

 



 

On Appeal from the County
Civil Court at Law No. 2

 Harris County, Texas

Trial Court Cause No. 868471

 



 

MEMORANDUM
OPINION








Appellant Gail Stewart has failed to timely
file a brief.  See Tex. R. App. P. 38.8(a) (failure of
appellant to file brief).  After being
notified that this appeal was subject to dismissal, appellant did not
adequately respond.  See Tex. R. App. P. 42.3(b) (allowing
involuntary dismissal of case).

We dismiss the appeal for want of prosecution
for failure to timely file a brief.  

We dismiss any pending motions as moot.

PER
CURIAM

Panel consists of Chief Justice Radack and Justices Bland and Brown.